AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-06932 MCS | DATE FILED<br>8/23/2023 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>Patagonia, Inc. | | DEFENDANT<br>Mike Hampton dba Mike Hampton Art |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  1189402 | 2/9/1982 | Patagonia, Inc. |
| 2  1294523 | 9/11/1984 | Patagonia, Inc. |
| 3  1547469 | 7/11/1989 | Patagonia, Inc. |
| 4  1775623 | 6/8/1993 | Patagonia, Inc. |
| 5  1811334 | 12/14/1993 | Patagonia, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |
|---|---|---|
|  | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2260188 | 7/13/1999 | Patagonia, Inc. |
| 2  2662619 | 12/17/2002 | Patagonia, Inc. |
| 3  5491401 | 6/12/2018 | Patagonia, Inc. |
| 4  5561006 | 9/11/2018 | Patagonia, Inc. |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 11/13/23  Plaintiff's Notice of voluntary dimissal |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>11/13/23 |
|---|---|---|

X

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**